Donald SNEED, Plaintiff-Appellant,

v.

Maurice LANDRIEU and Clarence B. Giarrusso, et al., Defendants-Appellees.

No. 71–3219.

United States Court of Appeals,
Fifth Circuit.

Nov. 24, 1972.

Louis R. Koerner, Jr., New Orleans, La., for plaintiff-appellant.

Robert K. Tracy, Asst. City Atty., Numa V. Bertel, Jr., Maurice R. Franks, John E. Jackson, Jr., Asst. Atty. Gen., New Orleans, La., A. W. Wambsgans, Metairie, La., for defendants-appellees.

Before COLEMAN, GOLDBERG and GODBOLD, Circuit Judges.

PER CURIAM:

This is an attempt to appeal from an order of the trial court dismissing some but not all of the parties defendant. Appellant's attorney has now agreed that the order appealed from is not a "final judgment" under 28 U.S.C.A. § 1291 and that neither 28 U.S.C.A. § 1292(b) nor Rule 54(b), Fed.R.Civ.P., justifies our presently reviewing the dismissal order. *See* Wright, Federal Courts §§ 101, 102 (2d ed. 1970). An appeal of the dismissal order must thus await the entry of a final judgment in the district court, and this appeal will be dismissed.

Appeal dismissed.

Ronald CORTES, Plaintiff-Appellant,

v.

LOCAL BOARD NUMBER 7 et al.,
Defendants-Appellees.

Rogelio LOPEZ, Plaintiff-Appellant,

v.

LOCAL BOARD NUMBER 146 et al.,
Defendants-Appellees.

Nos. 28295, 28356.

United States Court of Appeals,
Fifth Circuit.

Nov. 8, 1972.

Mario Obledo, Pete Tijerina, San Antonio, Tex., for plaintiffs-appellants.

William S. Sessions, U. S. Atty., San Antonio, Tex., Robert V. Zener, Reed Jonston, Jr., Attys., Civil Div., Appellate Section, Dept. of Justice, Washington, D. C., Crawford C. Martin, Atty. Gen. of Tex., Jack Sparks, Asst. Atty. Gen., Austin, Tex., Donald L. Horowitz, Atty., Dept. of Justice, Washington, D. C., for defendants-appellees.

Before JOHN R. BROWN, Chief Judge, and WISDOM, GEWIN, BELL, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, DYER, SIMPSON, MORGAN, CLARK, INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

It having been made known to the court that Ronald Cortes, appellant in No. 28295, is past the age of 26 and is not eligible for induction under current Selective Service policies, and that Rogelio Lopez, appellant in No. 28356, has been reclassified as IV–F, the appeal in each of these causes is dismissed as moot.